1  RAOUL D. KENNEDY (STATE BAR NO. 40892)
   Raoul.Kennedy@skadden.com
2  RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
   Richard.Horvath@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1100
4  Palo Alto, California 94301
   Telephone: (650) 470-4500
5  Facsimile:  (650) 470-4570

6  PAUL M. ECKLES (STATE BAR NO. 181156)
   Paul.Eckles@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Times Square
8  New York, New York 10036
   Telephone: (212) 735-3000
9  Facsimile:  (212) 735-2000

10 Attorneys for Specially Appearing Defendant
   HARPERCOLLINS PUBLISHERS L.L.C.

11

12                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
13                        **SAN FRANCISCO DIVISION**

14 | ANDREAS ALBECK, Individually and on    | ) | **CASE NO. 3:11-CV-04110-EMC** |
   | Behalf of All Others Similarly Situated,| ) |                                |
15 |                                         | ) |                                |
   |             Plaintiff,                  | ) | **STIPULATION AND [PROPOSED]** |
16 |                                         | ) | **ORDER TO EXTEND TIME TO**    |
   |      vs.                                | ) | **RESPOND TO COMPLAINT**       |
17 | APPLE INC.; HACHETTE BOOK GROUP,        | ) |                                |
   | INC.; HARPERCOLLINS PUBLISHERS,         | ) |                                |
18 | INC.; MACMILLAN PUBLISHERS, INC.;       | ) |                                |
   | PENGUIN GROUP (USA) INC.; and SIMON     | ) |                                |
19 | & SCHUSTER, INC.,                       | ) |                                |
   |                                         | ) |                                |
20 |             Defendants.                 | ) |                                |

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS, there have been multiple actions related to this case filed in both the Northern District of California and the Southern District of New York (the "Actions");

WHEREAS, the Court has entered an order in one of the related actions, *Petru, et al. v. Apple, Inc.*, *et al.* (11-cv-3892 N.D. Cal.) (the "*Petru* Action"), to extend the time to answer, move or otherwise respond to the complaint until December 15, 2011, without prejudice to the right of any party to seek a further adjustment to the schedule;

WHEREAS, for efficiency and convenience of the parties, defendants Hachette Book Group, Inc., HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollins Publishers, Inc."), Holtzbrinck Publishers, LLC d/b/a Macmillan (incorrectly sued as "Macmillan Publishers, Inc."), Penguin Group (USA) Inc., Simon & Schuster, Inc., and Apple, Inc. (collectively, "Defendants") have agreed to waive the service of summons and complaint pursuant to Fed. R. Civ. P. 4(d);

WHEREAS, the parties have agreed that the response date in this action should not come prior to the response date in the *Petru* Action;

WHEREAS, Plaintiff agrees that submission of this Stipulation should be without prejudice to any defense of Defendants;

WHEREAS, there have been no other modifications to Defendants' time to answer, move or otherwise respond to the complaint in this action;

WHEREAS, this stipulation to extend the time within which Defendants have to answer, move or otherwise respond to the complaint in this action will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, as follows:

1. Defendants hereby agree to accept service of the summons and complaint in the above-captioned action;

2. Pursuant to Civil Local Rules 6-1, 6-2, and 7-12 Defendants' time to answer, move or otherwise respond to the complaint is hereby extended to December 15, 2011, without prejudice to the right of any party to seek a further adjustment to the response date based on future developments;

3. If any of the Defendants that is a party to this Stipulation responds to a complaint in any of the Actions prior to the time provided in this Stipulation, Defendants will respond to the complaint in this action at the same time;

4. No defense of Defendants is prejudiced or waived by its submission of this Stipulation; and

5. Defense counsel may file notices of appearance in this action without prejudice to their respective clients' jurisdictional or venue defenses.

DATED: November 1, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Raoul D. Kennedy_____
RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time To Respond To Complaint. In compliance with General Order 45, X.B., I attest that each of the following signatories has concurred in this filing.

SHEARMAN & STERLING LLP

By: _____/s/ James Donato_____
JAMES DONATO

Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Attorneys for Specially Appearing Defendant
HACHETTE BOOK GROUP, INC.

SIDLEY AUSTIN LLP

By:     /s/ Samuel R. Miller
        SAMUEL R. MILLER

555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Specially Appearing Defendant
HOLTZBRINCK PUBLISHERS, LLC
D/B/A MACMILLAN

AKIN GUMP STRAUSS HAUER & FELD LLP

By:     /s/ Reginald D. Steer
        REGINALD D. STEER

580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone: (415) 765-9520
Facsimile: (415) 765-9501

Attorneys for Specially Appearing Defendant
PENGUIN GROUP (USA) INC.

WEIL, GOTSHAL & MANGES LLP

By:     /s/ Gregory D. Hull
        GREGORY D. HULL

201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Specially Appearing Defendant
SIMON & SCHUSTER, INC.

GIBSON, DUNN & CRUTCHER LLP


By: /s/ Daniel S. Floyd
      DANIEL S. FLOYD

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7148
Facsimile: (213) 229-7520

Attorneys for Specially Appearing Defendant
APPLE INC.

KELLER GROVER LLP


By: /s/ Jade Butman
      JADE BUTMAN

1965 Market Street
San Francisco, CA 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for Plaintiff
ANDREAS ALBECK

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2011

By: _____
Hon. Edward M. Chen
U.S. DISTRICT COURT JUDGE